# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3452
_____

United States of America

*Plaintiff - Appellee*

v.

Jerome Hughes

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: May 30, 2025
Filed: June 4, 2025
[Unpublished]
_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Jerome Hughes appeals the sentence imposed by the district court[1] after he pleaded guilty to drug and firearm offenses. His counsel has moved for leave to

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging a sentencing enhancement for maintaining a drug premises.

Upon careful review, we conclude that the district court correctly calculated Hughes's offense level, as the record supported the premises enhancement. <u>See</u> <u>United States v. Turner</u>, 781 F.3d 374, 393 (8th Cir. 2015) (construction and application of Guidelines are reviewed de novo; factual findings are reviewed for clear error); <u>United States v. Armstrong</u>, 60 F.4th 1151, 1169 (8th Cir. 2023) (premises enhancement applies to a defendant who knowingly maintains a premises for the purpose of manufacturing or distributing a controlled substance, including storage of a controlled substance for the purpose of distribution; although drug manufacturing or distribution must be among the primary or principal uses for the premises, they need not be the sole purposes for which the premises was maintained).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____